Biju JOHN

v.

ST. THOMAS INDIAN ORTHODOX CHURCH

1223 EDA 2016

Superior Court of Pennsylvania.

03/20/2017

August Term, 2014 No. 1605 (Philadelphia)

Affirmed

COM.

v.

PRITCHARD, A.

1265 EDA 2016

Superior Court of Pennsylvania.

03/20/2017

CP–23–CR–0005339–1976 (Delaware)

Affirmed

COM.

v.

LLOYD, M.

1395 EDA 2016

Superior Court of Pennsylvania.

03/20/2017

CP–45–CR–0001138–2015 (Monroe)

Affirmed

COM.

v.

HUSSEY, J.

1701 EDA 2016

Superior Court of Pennsylvania.

03/20/2017

CP–45–0001919–2014 (Monroe)

Affirmed

COM.

v.

VENGOECHEA, F.

2547 EDA 2016

Superior Court of Pennsylvania.

Filed 03/20/2017

CP–09–CR–0001894–2004 (Bucks)

Vacated/Remanded